NUMBER 13-04-121-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

FIATALLIS NORTH AMERICA, INC.,                                    Appellant,

v.

BRENDA SOLIS, INDIVIDUALLY, ET AL.,                             Appellees.
___________________________________________________________________

On appeal from the 370th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, FIATALLIS NORTH AMERICA, INC., perfected an appeal from a
judgment entered by the 370th District Court of Hidalgo County, Texas, in cause
number C-1218-01-G. After the record and appellant’s brief were filed, the parties
filed an agreed motion to reverse and remand. In the motion, the parties state that
they have resolved the claims between them. The parties request that the Court
reverse the trial court’s judgment and remand for entry of judgment in conformity with
their agreement. The parties further request accelerated issuance of the mandate in
this cause.
         The Court, having examined and fully considered the documents on file and the
parties’ agreed motion, is of the opinion that the motion should be granted. The
agreed motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court for entry of judgment in conformity with
their agreement.  
                                                                                          PER CURIAM
Memorandum Opinion delivered and filed 
this the 17th day of March, 2005.